# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| LETA FAYE DOUGLAS, | ) |
| | ) |
| Movant, | ) |
| | ) Case No. 17-3107-CV-S-MDH-P |
| vs. | ) Crim. No. 15-3024-01-CR-S-MDH |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO CONTINUE HEARING

COMES NOW, Movant Leta Faye Douglas, by counsel Erica Mynarich and respectfully requests that the Court continue the evidentiary hearing in this case set for September 6, 2017 to October 25, 2017 at 1:30 p.m. due to the unavailability of a necessary witness. In support of this motion, Movant states:

1) On June 27, 2017, the Court entered an order setting this case for an evidentiary hearing on September 6, 2017 at 9:30 a.m. to resolve the question regarding whether Movant's attorney, Mr. Stuart Huffman, ignored her request to appeal her underlying criminal matter.

2) Mr. Huffman is, therefore, a necessary witness for the hearing.

3) Mr. Huffman, however, is scheduled for oral argument before the Supreme Court of Missouri on September 6, 2017 at 9:00 a.m.

4) Mr. Huffman has informed undersigned counsel that he is available to testify in this matter on October 25, 2017 at 1:30 p.m.

5) Therefore, Movant requests a continuance of the hearing to October 25, 2017 at 1:30 p.m.

WHEREFORE, Movant requests a continuance of the evidentiary hearing to October 25, 2017 at 1:30 p.m.

Respectfully submitted,

*/s/ Erica Mynarich*
Erica Mynarich, Bar no. 62539
Carver, Cantin and Mynarich, LLC
901 East. St. Louis, Ste. 1600
Springfield, MO 65806
Ph: (417) 831-6363
Fax: (417) 831-7373
erica@carvercantin.com
Attorney for Leta Douglas

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

*/s/ Erica Mynarich*